IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )                                   | |
| Plaintiff,            ) | |
| )                                   | 4:07CR3028 |
| vs.                                 ) | |
| )                                   | **PRELIMINARY ORDER** |
| MICHAEL LEE VANNESS,                ) | **OF FORFEITURE** |
| )                                   | |
| Defendant.            ) | |

NOW ON THIS 25th day of May, 2007, this matter comes on before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. The Defendant has entered into a Plea Agreement, whereby he has agreed to plead guilty to Counts I through V of said Indictment. Count I charges the Defendant with one count of being a felon in possession, in violation of 18 U.S.C. § 922(g)(1). Count III charges the Defendant with one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841. Count IV charges the Defendant with one count of possession of a firearm in furtherance of a drug crime, in violation of 18 U.S.C. 924(c). Counts II and V of said Indictment sought the forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of one H&K USP compact .45 caliber handgun, serial number 29-009141, and a Hi Point Firearms JHP .45 ACP pistol, serial X456206, on the basis they were firearms involved or used in the knowing commission of the offenses charged in Counts I and IV.

2. By virtue of said plea of guilty, the Defendant forfeits his interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

3. The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B. Based upon Counts II and V of the Indictment and the Defendant's plea of guilty, the United States Marshal for the District of Nebraska ("Marshal") is hereby authorized to seize one H&K USP compact .45 caliber handgun, serial number 29-009141, and a Hi Point Firearms JHP .45 ACP pistol, serial X456206.

C. The Defendant's interest in said properties is hereby forfeited to the United States of America for disposition in accordance with the law, subject to the provisions of 21 U.S.C., § 853(n)(1).

D. The aforementioned forfeited properties are to be held by the Marshal in his secure custody and control.

E. Pursuant to 21 U.S.C., § 853(n)(1), the Marshal forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, in the county where the subject properties are situated, notice of this Order, notice of the Marshal's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited properties must file a

Petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.  Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C., § 853(n), in which all interests will be addressed.

ORDERED this 25th day of May, 2007.

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge