IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:07CR3028 |
| ) | |
| MICHAEL L. VANNESS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing 31. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion To Review Detention and Order under seal.

DATED this 19th day of June, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge