IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL LEE VANNESS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for release (filing 35) is denied.

July 16, 2007.                BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge