UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 AUG -9 PM 1:35

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:07CR3028 |
| vs. | ) ) ) | **FINAL ORDER OF FORFEITURE** |
| MICHAEL LEE VANNESS, | ) ) ) | |
| Defendant. | ) | |

NOW ON THIS 9th day of ~~July~~ August, 2007, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On May 25, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(c), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I through V of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in one H&K USP compact .45 caliber handgun, serial number 29-009141, and a Hi Point Firearms JHP .45 ACP pistol, serial X456206, were forfeited to the United States.

2. On June 14, 21 and 28, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on July 27, 2007 (Filing No. 39).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the H&K USP compact .45 caliber handgun, serial number 29-009141, and the Hi Point Firearms JHP .45 ACP pistol, serial X456206, held by any person or entity, are hereby forever barred and foreclosed.

C. The H&K USP compact .45 caliber handgun, serial number 29-009141, and the Hi Point Firearms JHP .45 ACP pistol, serial X456206, be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 9th day of August, 2007

BY THE COURT:

S/ RICHARD G. KOPF, JUDGE
United States District Court